

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-18-00112-CV

Style:                       In re Gregory Charles

Date motion filed*:         December 21, 2018

Type of motion:          Emergency relief

Party filing motion:       Relator

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
      Original due date:
      Number of previous extensions granted:           Current Due date:
      Date Requested:

Ordered that motion is:

    ☐   Granted

          If document is to be filed, document due:

    ☐   The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐**Denied**

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒Other: _____

       **We strike relator's emergency motion for temporary relief because it does not comply with the Texas Rules of Appellate Procedure.** *See* **TEX. R. APP. P. 52.10. The Court will consider a motion for temporary relief that complies with Rule 52.10.**

Judge's signature:      _____/s/_Sherry Radack_____
                  ☑     Acting individually    ☐   Acting for the Court

Panel consists of    _____

Date:   ___December 28, 2018_____